IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES E. CHRISTOPHER**                                                                    **PLAINTIFF**

v.                              Case No. 4:23-CV-00241-LPR

**Commissioner, Social Security Administration**                                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 12). No objections have been filed, and the time for doing so has passed. After a *de novo* review of the RD and careful consideration of the case record, the Court concludes that the RD should be, and hereby is, approved and adopted in its entirety as this Court's findings and conclusions in all respects.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED, and this case is REMANDED for further consideration. Judgment will be entered in favor of the Plaintiff.

DATED this 8th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE