# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHARLES E. CHRISTOPHER**                                                                 **PLAINTIFF**

v.                                    Case No. 4:23-CV-00241-LPR

**Commissioner, Social Security**
**Administration**                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is REVERSED, and the case is REMANDED for further administrative proceedings. Judgment is entered in favor of the Plaintiff. This is a sentence four remand under 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ADJUDGED this 8th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE